**PHILIP JAMES OSTRANDER, #1124822**
**AUGUSTA CORRECTIONAL CENTER**
**1821 ESTALINE VALLEY ROAD**
**CRAIGSVILLE, VIRGINIA 24430**



July 9, 2014

Clerk
United States Court of Appeals
Fourth Circuit
United States courthouse Annex, 5th Floor
1100 East Main Street
Richmond, VA 23219

          Re:    Ostrander v. Director, VDOC,
                 Record No.: 146939 / Appellate No." 3:13-cv-00634-JRS

Dear Clerk:

Enclosed please find my Motion to Amend "Issues Presented"
Page of Petition for Appeal.  Please present this Motion to the Court at your first
convenience.  Thank you.

Very truly yours,

Philip J. Ostrander

Encl.:  Motion to Amend

Cc:     Kathleen Martin

IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT


PHILIP J. OSTRANDER,

    Petitioner / Appellant,

      v.

**RECORD NO.: <u>146939</u>**
Appellate No.   <u>3:13-cv-00634-</u>
District Court No.: <u>3:13cv634</u>


DIRECTOR, VIRGINIA DEPT. OF CORRECTIONS,

    Respondent / Appellee


<u>MOTION TO AMEND "ISSUES PRESENTED"</u>

<u>PAGE OF PETITION FOR APPEAL</u>

COMES NOW, your Appellant, Philip James Ostrander ("Ostrander"), *pro se*, pursuant to Rule 27 <u>Federal</u> <u>Rules</u> <u>of</u> <u>Appellate</u> <u>Procedure</u>, and moves this Court to allow him to amend the "issues presented" page of his petition for appeal. In support of this Motion Ostrander states as follows:

1. Per this Court's Informal Briefing Order, Ostrander had until July 15, 2014, to file his petition for appeal of the final Order of the U.S. District Court for the Eastern District of Virginia, dated May 23, 2014, denying and dismissing his 28 U.S.C. § 2254 habeas corpus petition.

2. On July 9, 2014, Ostrander did mail to the court his petition for appeal wherein he presented three issues for review. However, upon review of his copy of the petition Ostrander realized that Issue -1 on the page entitled "Issues

Presented" of his petition for appeal was factually incorrect regarding procedural matters in the state court. Specifically, Issue -1 inaccurately states:

> THE DISTRICT COURT ERRED WHEN IT FOUND OSTRANDER'S TIME FOR FILING HIS FEDERAL HABEAS PETITION WAS NOT STATUTORILY TOLLED FROM THE TIME THE STATE CIRCUIT COURT DENIED HIS *APPEAL* ON THE GROUNDS THAT HIS NOTICE OF APPEAL TO THE *VIRGINIA SUPREME COURT* WAS UNTIMELY FILED WHERE OSTRANDER FILED HIS NOTICE OF APPEAL IN THE TIME AND MANNER AS DIRECTED BY THE STATE CIRCUIT COURT.

However, Issue -1 *should* state:

> THE DISTRICT COURT ERRED WHEN IT FOUND OSTRANDER'S TIME FOR FILING HIS FEDERAL HABEAS PETITION WAS NOT STATUTORILY TOLLED, FROM THE TIME THE STATE CIRCUIT COURT DENIED HIS ***HABEAS PETITION UNTIL THE SUPREME COURT OF VIRGINIA DENIED HIS PETITION FOR APPEAL***, ON THE GROUNDS THAT HIS NOTICE OF APPEAL TO THE ***STATE CIRCUIT COURT*** WAS UNTIMELY FILED WHERE OSTRANDER FILED HIS NOTICE OF APPEAL IN THE TIME AND MANNER AS DIRECTED BY THE STATE CIRCUIT COURT.

3.    The other two issues presented for appellate review remain the same.

4.    Ostrander hereby attaches his proposed AMENDED ISSUES PRESENTED by which it is his intent to supplant entirely the prior page entitled ISSUES PRESENTED.

WHEREFORE, Ostrander, having shown said amendment to be in the interest of justice and that the respondent will not be prejudiced by said amendment, moves this Court to supplant the current page entitled *Issues Presented* with the attached page entitled *Amended Issues Presented*, and to provide any other relief the court deems just and equitable.

Respectfully submitted,

Philip J. Ostrander, *pro se*

Philip James Ostrander #1124822
Augusta Correctional Center
1821 Estaline Valley Road
Craigsville, Virginia 24430

## CERTIFICATE OF SERVICE

I certify that on July __11TH__, 2014, I did mail a copy of the foregoing *Motion To Amend "Issues Presented" Page Of Petition For Appeal* and the proposed *Amended Issues Presented*, first-class postage prepaid, to counsel for respondent herein, Kathleen B. Martin, Senior Assistant Attorney General, 900 East Main Street, Richmond, Virginia 23219.

Philip J. Ostrander, *pro se*

## <u>AMENDED</u> ISSUES PRESENTED

1.    THE DISTRICT COURT ERRED WHEN IT FOUND OSTRANDER'S TIME FOR FILING HIS FEDERAL HABEAS PETITION WAS NOT STATUTORILY TOLLED, FROM THE TIME THE STATE CIRCUIT COURT DENIED HIS HABEAS PETITION UNTIL THE SUPREME COURT OF VIRGINIA DENIED HIS PETITION FOR APPEAL, ON THE GROUNDS THAT HIS NOTICE OF APPEAL TO THE CIRCUIT COURT WAS UNTIMELY FILED WHERE OSTRANDER FILED HIS NOTICE OF APPEAL IN THE TIME AND MANNER AS DIRECTED BY THE STATE CIRCUIT COURT.

2.    THE DISTRICT COURT ERRED WHERE IT FOUND OSTRANDER'S FEDERAL HABEAS PETITION UNTIMELY BECAUSE OSTRANDER DID NOT QUALIFY FOR EQUITABLE TOLLING AFTER THE STATE CIRCUIT COURT DISMISSED HIS HABEAS PETITION ON FEBRUARY 13, 2013, BECAUSE HE DID NOT THEN FILE A PROTECTIVE PETITION TO STAY AND ABBEY FEDERAL HABEAS PROCEDURES UNTIL HIS STATE REMEDIES WERE EXHAUSTED.

3.    THE DISTRICT COURT ERRED WHERE IT FOUND THE VIRGINIA SUPREME COURT'S DENIAL OF OSTRANDER'S NOTICE OF APPEAL AS UNTIMELY WAS BASED UPON AN ADEQUATE AND INDEPENDENT STATE PROCEDURAL RULE.



PHILIP OSTRANDER. 1124822
ACC
1821 ESTALINE VALLEY RD.
CRAIGSVILLE, VA 24430

LEGAL
MAIL

CLERK
U.S. COURT OF APPEALS
FOURTH CIRCUIT
U.S. COURTHOUSE ANNEX (5TH FL.)
1100 EAST MAIN ST.
RICHMOND, VA 23219

VA DOC NEITHER CENSORED
NOR INSPECTED THIS ITEM AND
ASSUMES NO RESPONSIBILITY
FOR ITS CONTENTS

OUTGOING LEGAL MAIL

RECEIVED
JUL 1 1 2014

UNITED STATES POSTAGE
$ 00.00⁰
02 1R
0002001919        JUL 11 2014
MAILED FROM ZIP CODE 24430